IN THE COURT OF APPEALS OF THE NAVAJO NATION

WINDOW ROCK, NAVAJO NATION (ARIZONA)

| | |
|---|---|
| Estate of Francis Largo, ) | No.: A-CV-17-77 |
| ) | |
| Plaintiff-Appellee ) | |
| ) | ORDER DISMISSING APPEAL |
| vs. ) | |
| ) | |
| Gene May ) | |
| d/b/a El Rancho Auto Sales, ) | |
| ) | |
| Defendant-Appellant ) | |

The Stipulation of Dismissal having been received and considered by the Court and it appearing that the parties have settled the dispute, it is hereby ORDERED that the appeal in the above-entitled matter is DISMISSED.

Dated this 7th day of November, 1977.


Virgil L. Kirk, Sr.

Chief Justice Of The Navajo Nation